*Receipt # 11090249*
*7-20-10*
*$1390.14*
*MD*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1390.14 IN 2 CHECKS
CHECK # 15118 FOR $1337.51
CHECKS # 15119 FOR $ 52.63
Representing unclaimed funds.

DATED: 7-15-2010

*[Signature]*
ALBERT J. MOGAVERO
TRUSTEE

FILED
JUL 20 2010
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 890637 | ABRAMO, III | 0701553 | 1,133.65 | BROWN-HUNT, BARBARA | 7157 BEAR RIDGE RD. | | N. TONAWANDA NY | 14120 |
| 891242 | WILCOX | 0812991 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | MARK SCHLANT | UNKNOWN NY | 14202 |
| 891246 | BOYD | 0912584 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | THOMAS GAFFNEY | UNKNOWN NY | 14202 |
| 894852 | NOWAK | 0592754 | 117.16 | OCWEN LOAN SERVICING | C/O NATIONWIDE CREDIT | PO BOX 1000 | KENNESAW GA | 30156 |
| 895356 | NEWTON | 0600908 | 28.11 | ST. JOSEPH HOSPITAL | % MERCANTILE ADJ. BUREAU | 40 WEST AVENUE | ROCHESTER NY | 14611 |
| 895808 | VYSKOCIL | 0510950 | 17.20 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 895809 | HUGHES | 0512403 | 15.18 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 895810 | SODA | 0700257 | 16.20 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 896420 | BUTCHELLO | 0412773 | 12.51 | BRADLEY V BUTCHELLO | 201 OLD HOLLOW ROAD | | WILLIAMSBURG VA | 23185 |
| 896423 | GRANDA | 0418807 | 3.52 | RENE L GRANDA | 122 RYAN STREET | | BUFFALO NY | 14210 |
| 896428 | DANAHER | 0510837 | 12.30 | MARIA L DANAHER | 138 PENARROW DRIVE | | TONAWANDA NY | 14150 |
| 896453 | JAKUBOWSKI | 0518100 | 4.30 | MICHAEL & SHERRY JAKUBOWSK | 1621 SCHOELLKOPF RD. | | LAKEVIEW NY | 14085 |
| 896475 | LEEPER | 0603439 | 5.00 | DANA LEEPER | 200 COMSTOCK AVE. | | BUFFALO NY | 14215 |
| 896496 | HAVENS | 0910280 | 5.00 | KERRY T HAVENS | PO BOX 104 | | SPRING BROOK NY | 14140 |
| 896499 | BROWN | 0911076 | 5.00 | MARLEEN C BROWN | 77 OAKLAND ROAD | | WILLIAMSVILLE NY | 14221 |
| 896506 | HILL | 0913710 | 5.00 | JERMAINE R HILL | 112 REBECCA PARK | | BUFFALO NY | 14207 |

$1,390.14

Page 1 of 1